## SLIDELL *v.* RIGHTOR et al.

APPEAL from the District Court of Ascension, *Nicholls*, J. It appearing by affidavit of the counsel for the appellant, that the record of this case could not be completed, in consequence of the destruction of a part of the original papers by a fire, which consumed the building in which the records of the District Court were kept, the case was remanded for a new trial.

*Beatty* and *Grymes*, for the appellant. *Ilsley*, for the defendants.